# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MIDWEST HEMORRHOID TREATMENT CENTER TOWN & COUNTRY, LLC., individually and on behalf of all others similarly-situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICAL DISPOSABLES CORP,<br>RALPH HERNANDEZ, JENNIFER MUNOZ<br>and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:22-cv-00844 SEP |

## PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF COUNT IV
## OF PLAINTIFF'S COMPLAINT

COME NOW Plaintiff, MIDWEST HEMORRHOID TREATMENT CENTER TOWN & COUNTRY, LLC, by and through the undersigned counsel, and dismisses **without prejudice** as to COUNT IV, MISSOURI CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT Chapter 407, only of Plaintiff's Complaint, against Defendants.  **No other Counts are hereby dismissed.**

          /s/   Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022 - Residential
F:  (636) 536-6652 - Residential
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2022, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendants.

          /s/   Max G. Margulis