AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| Midwest Hemorrhoid Treatment Center | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:22-cv-00844 |
| Medical Disposables Corp., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Midwest Hemorrhoid Treatment Center Town & Country, LLC                                            .

Date:  08/16/2022

/s/ Ryan M. Kelly
*Attorney's signature*

Ryan M. Kelly - IL 6257931
*Printed name and bar number*

ANDERSON + WANCA
3701 Algonquin Road
Suite 500
Rolling Meadows, IL  60008
*Address*

rkelly@andersonwanca.com
*E-mail address*

(847) 368-1500
*Telephone number*

(847) 368-1501
*FAX number*